UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IFEANYI NWANI, :
:
        Petitioner, :
:
        v. : No. 2:17-cv-03679
:
COMMONWEALTH OF PENNSYLVANIA; :
DELAWARE COUNTY ADULT PAROLE AND :
PROBATION SERVICE; :
DELAWARE COUNTY PUBLIC DEFENDERS :
OFFICE; :
DELAWARE COUNTY PRISON; :
DISTRICT ATTORNEY OF DELAWARE :
COUNTY, :
:
        Respondents. :

# O R D E R

**AND NOW**, this 15th day of March, 2018, for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Petitioner's Motion for Appointment of Counsel, ECF No. 10, is **DENIED**;
2. Petitioner's objections, ECF No. 20, are **OVERRULED**;
3. The Report and Recommendation, ECF No. 16, is **APPROVED and ADOPTED**;
4. Respondents' Motion for Summary Judgment, ECF No. 11, is **DENIED** as moot;
5. Petitioner's Motion for Preliminary Injunction, ECF No. 19, is **DENIED** as moot;
6. This case is **CLOSED**; and
7. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge